## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 17-01190 |
| Franklin S. Pendleton | : | CHAPTER 13 |
|     Debtor. | : | PLAN CORRECTION PRIOR TO CONFIRMATION |

**COMES NOW**, the Debtor and due to a scrivener's error the Debtor hereby submits the following correction to the Debtor's Plan:

1.      The Debtor amends Paragraph 13(A) of the Debtor's Plan to correct the amount of arrearages due to Mortgage Lenders of America LLC from $11,332.00 to $11,336.32.

      The Debtor also wishes to add additional language to this Paragraph that reads **"Should the Proof of Claim contain a different amount, then the Trustee shall pay the amount set forth in the Proof of Claim".**

/s/    Michael L. Jankins
Michael L. Jankins IS9-99-9998
700 Second Avenue Suite 103
Des Moines, Iowa 50309
Telephone:    (515) 255-1855
Facsimile:    (515) 867-5392
ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I, Candace E Dupuy, state I am the secretary for Michael L. Jankins, and on the 8th day of August , 2017 I personally mailed a copy of the foregoing Debtor(s)' Plan to the following:

Franklin Pendleton
1313 9th Avenue Place SE
Altoona   IA   50009

the same being in a sealed envelope with the proper postage thereon addressed to the said person and/or business at the last known post office address, by depositing the same on said date in a United States Post Office mail receptacle.

      Debtor's Plan will be electronically mailed by the Clerk to:
      Office of US Trustee @ USTPRegion12.DM.ECF@usdoj.gov
      Carol F. Dunbar cfdunbar@cfu.net
      Mark D. Walz  MarkWalz@davisbrownlaw.com

/s/    Candace E. Dupuy
Candace E. Dupuy