IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 17-01190 lmj13 |
| | ) | Chapter 13 |
| Franklin S. Pendleton, | ) | |
| | ) | |
| | ) | STIPULATED ORDER ON |
| | ) | MOTION FOR RELIEF FROM |
| Debtor. | ) | AUTOMATIC STAY |

**Date entered on docket: November 8, 2017**

NOW upon consideration of the Motion for Relief From Stay filed on behalf of Mortgage Lenders of America, LLC, having reviewed the file, and noting proper service of said Motion on interested parties, further noting that the timely objection filed to the Motion by the Debtor has been resolved pursuant to the terms of this Stipulated Order, and having been fully advised in the premises, the Court enters its findings of fact and conclusions of law determining that Debtor is in default on the payments required to be made to Mortgage Lenders of America, LLC and therefore Mortgage Lenders of America, LLC should be granted relief from the automatic stay to foreclose its Mortgage described in Exhibit "A" attached to its Motion. In accordance therewith, it is

ORDERED, ADJUDGED AND DECREED that the stay afforded by 11 U.S.C. Section 362 be and hereby is modified to permit Mortgage Lenders of America, LLC to enforce its rights under the Mortgage attached as Exhibit "A" to its Motion, on the real property situated at 1313 9th Ave. Pl. S.E., Altoona, IA 60009 in Polk County, Iowa and legally described as follows:

> Lot 17 in FALCON RIDGE PLAT 8, an Official Plat, now included in and forming a part of the City of Altoona, Polk County, Iowa.

#2901572

Page 2
In re: Franklin S. Pendleton
Bankruptcy No. 17-01190 lmj13

PROVIDED HOWEVER, that the effectiveness of this Order shall be stayed so long as the Debtor makes payment to Mortgage Lenders of America, LLC in the amount of $6,688.13 (calculated as the monthly payment of $1,415.46 for August 1, 2017 through November 1, 2017, plus $850.00 attorneys' fees, $181.00 filing fee, less $4.71 in suspense)(this cure amount is not meant as a statement of the entire post-petition arrearage) payable in full on or before November 25, 2017, and Debtor remains current of the mortgage payments to be made to Mortgage Lenders of America, LLC outside of the Plan of Reorganization for the months of December 1, 2017 and following.  If Debtor shall fail to make payment of any of the amounts described herein within 15 days of the due date for such payment then Mortgage Lenders of America, LLC may file an Affidavit with this Court specifying with particularity the nature of the default.  Upon the filing of such an Affidavit of Default, or in the event of conversion of this case to one under Chapter 7, this Order shall be effective immediately and the automatic stay shall be annulled without further action or Order of this Court and the fourteen day stay provided for in Bankruptcy Rule 4001(a)(3) shall not apply.  In the event of the filing of an Affidavit of default under this Order Mortgage Lenders of America, LLC shall be entitled to reimbursement of its attorneys' fees and costs incurred in connection with the default and Bankruptcy Rule 3002.1 shall have no further application to the Property and Movant, or its successors or assigns,* shall not thereafter be obligated to issue Notice of Payment

lmj

---

\* If the Chapter 13 trustee files a Notice of Final Cure Mortgage Payment, Rule 3002.1(g) of the Federal Rules of Bankruptcy Procedure remains applicable. If the creditor contends the trustee filed the notice in error, the creditor may file a motion to strike the notice rather than a Rule 3002.1(g) response.

Changes, or Notice of Post-petition Mortgage Fees, Expenses and

Charges, in this case.

                                          **/s/ Lee M. Jackwig**
                                          UNITED STATES BANKRUPTCY JUDGE

Approved as to substance and form by:

_/s/ Mark D. Walz_____
Mark D. Walz (IS9999065)
Davis, Brown, Koehn, Shors & Roberts, P.C.
4201 Westown Parkway Suite 300
West Des Moines, IA 50266

s/s Michael L. Jankins
_____
Michael L. Jankins
700 2nd Ave., Suite 103
Des Moines, IA 50309

Copy to:

Mark D. Walz
4201 Westown Parkway, Suite 300
West Des Moines, Iowa 50265

United States Trustee's Office
Room 793, Federal Building
210 Walnut Street
Des Moines, Iowa  50309

Michael L. Jankins
700 2nd Ave., Suite 103
Des Moines, IA 50309

Carol F. Dunbar
531 Commercial Street, Suite 500
Waterloo, IA 50701

Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case