## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

_____

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 Bankruptcy |
| Franklin S. Pendleton, | : | No.: 17-01190 |
| Debtor. | : | MOTION TO MODIFY PLAN AFTER CONFIRMATION |

_____

**COMES NOW** the Debtor and pursuant to 11 USC Section 1329 moves the Court to allow the Debtor to modify his Plan and in support thereof states as follows:

1. The Debtor filed his Petition and Schedules on June 15, 2017.

2. The Debtor filed his Chapter 13 Plan on June 16, 2017 said Plan was confirmed by the Court on September 9, 2017.

3. The Debtor fell behind in his Plan payments and the Trustee filed a Motion to Dismiss.

4. In order to cure the arrearage in his Plan payments, the Debtor proposes to increase his monthly payment to the Trustee to the sum of $521.00. The increased amount shall take affect with the May 2018 payment and shall continue at that amount through the end of the Plan term.

**WHEREFORE** the Debtor prays that the Court sustain Debtor's Motion and enter an Order modifying Debtor's Chapter 13 Plan in the manner set forth above.

      /s/     Michael L. Jankins
Michael L. Jankins  IS9-99-9998
700 Second Avenue Suite 103
Des Moines, Iowa 50309
Telephone:     (515) 255-1855
Facsimile:     (515) 867-5392
**ATTORNEY FOR DEBTOR(S)**

### CERTIFICATE OF SERVICE

I, Candace E. Dupuy, state I am the secretary for Michael L. Jankins, and on the   12   day of   April , 2018, I personally mailed a copy of the foregoing Motion to Modify Plan After Confirmation to the following:

Franklin Pendleton
1313 9th Avenue Place SE
Altoona   IA   50009

the same being in a sealed envelope with the proper postage thereon addressed to the said person and/or business at the last known post office address, by depositing the same on said date in a United States Post Office mail receptacle.

The Motion to Modify Plan After Confirmation will be electronically mailed by the Clerk to:
    Office of US Trustee @ USTPRegion12.DM.ECF@usdoj.gov
    Carol F. Dunbar cfdunbar@cfu.net

        /s/      Candace E. Dupuy
             Candace E. Dupuy