IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | |
|---|---|
| IN RE:<br><br>Franklin S. Pendleton,<br><br><br><br>Debtor. | Bankruptcy No. 17-01190 lmj13<br>Chapter 13<br><br>AFFIDAVIT OF DEFAULT ON<br>STIPULATED ORDER ON<br>MOTION FOR RELIEF FROM<br>AUTOMATIC STAY |

STATE OF IOWA   )
                ) SS.
COUNTY OF POLK  )

I, Mark D. Walz, being first duly sworn, upon oath, do depose and state that I am the attorney in fact for Mortgage Lenders of America, LLC, the holder of the first mortgage lien upon the homestead of the Debtors; that on a Motion for Relief from Automatic Stay filed by Mortgage Lenders of America, LLC, this Court entered an Order on Motion for Relief from Automatic Stay on November 8, 2017 (DN 35). That Order provided, in relevant part, as follows:

> PROVIDED HOWEVER, that the effectiveness of this Order shall be stayed so long as the Debtor makes payment to Mortgage Lenders of America, LLC in the amount of $6,688.13 (calculated as the monthly payment of $1,415.46 for August 1, 2017 through November 1, 2017, plus $850.00 attorneys' fees, $181.00 filing fee, less $4.71 in suspense)(this cure amount is not meant as a statement of the entire post-petition arrearage) payable in full on or before November 25, 2017, and Debtor remains current of the mortgage payments to be made to Mortgage Lenders of America, LLC outside of the Plan of Reorganization for the months of December 1, 2017 and following. If Debtor shall fail to make payment of any of the amounts described herein within 15 days of the due date for such payment then Mortgage Lenders of America, LLC may file an

#2940528

Affidavit with this Court specifying with particularity the nature of the default. Upon the filing of such an Affidavit of Default, or in the event of conversion of this case to one under Chapter 7, this Order shall be effective immediately and the automatic stay shall be annulled without further action or Order of this Court and the fourteen day stay provided for in Bankruptcy Rule 4001(a)(3) shall not apply. In the event of the filing of an Affidavit of default under this Order Mortgage Lenders of America, LLC shall be entitled to reimbursement of its attorneys' fees and costs incurred in connection with the default and Bankruptcy Rule 3002.1 shall have no further application to the Property and Movant, or its successors or assigns, shall not thereafter be obligated to issue Notice of Payment Changes, or Notice of Post-petition Mortgage Fees, Expenses and Charges, in this case.

2.  The Debtors have failed to make the mortgage payments due April 1, 2018 through June 1, 2018 in the amount of $ 1,415.46 per month within 15 days of the due date for payment (less $1,031.82 in suspense).

3.  This Affidavit is filed pursuant to the terms of the November 8, 2017 Order. In accordance with the terms of the Stipulated Order, the Order and its provisions for lift of stay are effective upon the filing of this Affidavit.

FURTHER AFFIANT SAYETH NOT.

Dated July 10, 2018.

_____
Mark D. Walz (IS9999605)
Davis, Brown, Koehn, Shors & Roberts, P.C.
4201 Westown Parkway Suite 300
West Des Moines, IA 50266

ATTORNEY FOR Mortgage Lenders of America, LLC

Page 3
In re: Franklin S. Pendleton
Bankruptcy No. 17-01190 lmj13

 

On July 10, 2018, before me, the undersigned, a Notary Public in and for said County and State, personally appeared Mark D. Walz, who being by me duly sworn, did say that he has executed the within and foregoing instrument, and has acknowledged the execution of said instrument to be his/her voluntary act and deed.

_____
Notary Public in and for said
County and State



Copy to:

United States Trustee's Office
Room 793, Federal Building
210 Walnut Street
Des Moines, Iowa 50309

Michael L. Jankins
700 2nd Ave., Suite 103
Des Moines, IA 50309

Carol F. Dunbar
531 Commercial Street, Suite 500
Waterloo, IA 50701

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause by depositing the same in the U.S. Mail, postage per-paid, to their respective mailing addresses disclosed on the pleadings or, in the event the party is represented by counsel, to their counsel; or notice of the filing of this instrument was sent by e-mail, via CM/ECF, to all parties on the service list who have registered to receive service by e mail over CM/ECF, on July 10, 2018.

Signature:    s/s Mark D. Walz